United States District Court
Eastern District of California

Crystal Tinette Carreno

Plaintiff(s)

V.

Frank Bisignano, Comm'r of Soc. Sec.

Defendant(s)

Case Number: 2:26-cv-02264-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lindsey M. Sbrolla hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Crystal Tinette Carreno

On 12/19/2002 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Aguilera v. Commissioner of Soc. Sec., 1:26-cv-4732-EPG, applied 6/22/2026, granted 6/24/2026

Date: 06/25/2026

Signature of Applicant: /s/ Lindsey M. Sbrolla

**Pro Hac Vice Attorney**

Applicant's Name: Lindsey M. Sbrolla

Law Firm Name: Osterhout Berger Daley, LLC

Address: 521 Cedar Way, Suite 200

City: Oakmont State: PA Zip: 15139

Phone Number w/Area Code: (412) 794-8003

City and State of Residence: Cranberry Township, PA

Primary E-mail Address: lsbrolla@obd.law

Secondary E-mail Address: fdc@obd.law

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John D. Metsker

Law Firm Name: The Metsker Law Firm

Address: P.O. Box 590881

City: San Francisco State: CA Zip: 94159

Phone Number w/Area Code: (866) 342-6180 Bar # 268977

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 27, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE